IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICK HULSTEIN, | ) | Case No.:8:16-cv-00244 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | MOTION FOR DISMISSAL |
| SCHMIDT TRANSPORTATION, INC., | ) | WITH PREJUDICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the Plaintiff, Rick Hulstein, and moves the Court for an order dismissing the above-captioned matter in its entirety and with prejudice, with each party to pay its own attorney's fees and costs.

WHEREFORE, the Plaintiff prays that the Court enter an Order of Dismissal with Prejudice, with each party paying its own fees and costs, and complete record waived.

Dated this __12th__ day of January, 2017.

RICK HULSTEIN, Plaintiff,


By  _____\s\ Kelly K. Brandon_____
Kelly K. Brandon, #20734
Michael Leahy, #20740
Fiedler & Timmer, PLLC
20615 Highway 370
Gretna, NE  68028
402-316-3060
402-513-6501 (F)
kelly@employmentlawnebraska.com
michael@employmentlawnebraska.com
Attorney of the Plaintiff