IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICK HULSTEIN, | ) | Case No.:8:16-cv-00244 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER FOR DISMISSAL |
| SCHMIDT TRANSPORTATION, INC., | ) | WITH PREJUDICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter came on for hearing pursuant to the Motion for Dismissal with Prejudice. The Court being duly advised in the premises finds the Motion for Dismissal with Prejudice is granted. This matter is dismissed, each party paying its own fees and costs, complete record waived.

SO ORDERED this 17th day of January, 2017.

BY THE COURT:

   s/ Joseph F. Bataillon
Senior United States District Judge